UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

DAVID L. COUNTS,

      Plaintiff,

vs,

KELLY WASKO, et al.,

      Defendants.

Case No.: 4:23-cv-04103-KES

**DEFENDANT GLOBAL TEL* LINK'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Global Tel* Link Corporation ("GTL"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), moves the Court for a 21-day extension until February 13, 2024, to respond to Plaintiff's Complaint.[1]

Plaintiff, David L. Counts, filed his 136-page Complaint in the above-captioned matter on June 30, 2023. (Dkt. 1.) Counts's Complaint was accompanied by 408 pages of exhibits. (Dkts. 2 & 3.) Counts filed Supplements to his Complaint on July 10, July 18, August 30, October 16, and December 11, December 15, December 22, 2023, and January 2, 2024. (Dkts. 11, 12, 16, 18, 21, 26, 34, & 44.) GTL was served in this matter on December 15, 2023 (Dkt. 28.) The Court granted Counts's motion to amend his complaint on January 2, 2024, and ordered all defendants already served to answer or otherwise respond by January 23, 2024.

---

[1] Counts's Third Amended Complaint is a supplement to earlier pleadings and allegations. Therefore, GTL will respond to those pleadings that survived the Court's § 1915A screening order and subsequent supplements applicable to GTL.

1

GLT seeks an extension of time of 21 days from January 23, 2024, to answer or otherwise respond to Counts's pleadings and supplementations thereto.[2] Counsel was recently retained in this matter and needs additional time to review Counts's voluminous pleadings, exhibits, and supplements.

WHEREFORE, Defendant GTL seeks an extension until February 13, 2024, to answer or otherwise respond to Plaintiff's Complaint and supplements thereto.

Dated this 11th day of January, 2024.

ROBINS KAPLAN LLP

/s/ *Erica A. Ramsey*
Erica A. Ramsey, SD Bar No. 4901
150 East 4th Place Suite 704
Sioux Falls, SD  57104
Phone: 605-335-1300
ERamsey@RobinsKaplan.com

*Attorney for Defendant Global Tel*Link Corporation*

---

[2] Counsel is unable to utilize LR 12.1 because Plaintiff is *pro se* and currently incarcerated, and given time constraints to exchange letters, it is unlikely the parties would have adequate time to agree on an extension.

## CERTIFICATE OF SERVICE

The undersigned, attorney for the defendant Global Tel* Link Corporation, hereby certifies that on January 11, 2024, a true and correct copy of the foregoing **DEFENDANT GLOBAL TEL* LINK'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically with the Clerk of Courts for the United States District Court, District of South Dakota, Southern District using the CM/ECF filing system.

I further certify that some of the participants are not CM/ECF users. The foregoing document was served on this date by First-Class mail, postage prepaid, to the following:

>David L. Counts, #51258
>South Dakota State Penitentiary
>P. O. Box 5911
>Sioux Falls, SD 57117-5911

>>/s/ *Erica A. Ramsey*
>>Erica A. Ramsey